**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STARLINDA BRANICK,<br><br>    Plaintiff,<br><br> v.<br><br>PHILO, INC.,<br><br>    Defendant. | Case No. 1:21-cv-01336<br><br>Hon. Gary Feinerman |

**NOTICE OF SETTLEMENT**

  COMES NOW Plaintiff Starlinda Branick, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Philo, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

               */s/ R. Bruce Carlson*
               R. Bruce Carlson
               Nicholas A. Colella
               1133 Penn Ave., 5th Floor
               Pittsburgh, PA 15222
               Phone: (412) 322-9243
               Fax: (412) 231-0246
               bcarlson@carlsonlynch.com
               ncolella@carlsonlynch.com

               *Attorneys for Plaintiff*